ACCEPTED
03-16-00580-CV
13903802
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 1:33:30 PM
JEFFREY D. KYLE
CLERK

**No. 03-16-00580-CV; No. 03-16-00607-CV**

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 1:33:30 PM
JEFFREY D. KYLE
Clerk

AARON BISHOP, ALBERT CORTEZ, JR., AURELIO MARTINEZ, TOMAS MONTEZ, RICARDO PELAYO, RODERICK WESLEY, RONALD BOOKER, ERIC DELOSSANTOS, JOVITA LOPEZ, NORRIS MCKENZIE, OSCAR RAMIREZ, MONROE YARBROUGH, RICHARD BURNS, HENRY MORENO, JESSE PRADO, ET AL,
Plaintiffs – Appellants

v.

THE CITY OF AUSTIN,
Defendant - Appellee

Appeal from Cause No. D-1-GN-14-002459
345th Judicial District Court of Travis County, Texas

**CITY OF AUSTIN'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF IN APPEAL NO. 03-16-00607-CV**

ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, CHIEF, LITIGATION

Lynn E.Carter
Assistant City Attorney
State Bar No. 03925990
Lynn.carter@austintexas.gov
Michael Siegel
State Bar No. 24093148
Michael.siegel@austintexas.gov
City of Austin-Law Department
P. O. Box 1546
Austin, Texas 78767-1546
Telephone: (512) 974-1342
Facsimile: (512) 974-1311

COUNSEL FOR APPELLEE/CROSS-APPELLANTS

TO THE HONORABLE JUSTICES OF THIS COURT:

In Appeal No. 03-16-00607-CV, Appellant, City of Austin ("City") asks the Court to extend the time to file Appellant's Brief pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure (TRAP), and in support respectfully shows:

1. The City's Appellant's Brief is due on November 28, 2016. The City's appeal was filed as an accelerated appeal pursuant to TRAP Rule 28.1(a) because it appeals the denial of an interlocutory order, the City's plea to the jurisdiction as to plaintiff-appellee Donald Baker. TEX.CIV.PRAC.&REM.CODE §51.014(a)(8). The clerk's record for the consolidated appeal was filed October 26, 2016.

2. The City requests an extension of approximately 35 days to file its Appellant's Brief. Including Court holidays, the City's request would result in a filing deadline of January 2, 2017. The Court has authority to grant this motion pursuant to Texas Rule of Appellate Procedure 38.6(d).

3. All parties have agreed to the relief sought in this motion. Specifically, the parties filed stipulations (November 9, 2016) including mutual agreement to the above-requested extension in section "I" of the stipulations.

4. This extension is necessary due to the complexity of the litigation, the heavy work load of counsel, and the loss of working days due to holidays and pre-planned vacations. Appellant's counsel reasonably needs such an extension so that

they may have sufficient time to prepare a meaningful opening brief that will properly present the facts and law to the Court.

5.    This is the first extension requested by the City of Austin.

### PRAYER FOR RELIEF

For the reasons set forth above, Appellant, City of Austin, requests that this Court grant this Unopposed Motion to Extend Time to file Appellant's Brief until January 2, 2017, and grant Appellant all such other relief to which it may be entitled.

RESPECTFULLY SUBMITTED,
ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, CHIEF LITIGATION

BY:    /s/ Michael Siegel
       Lynn E.Carter
       Assistant City Attorney
       State Bar No. 03925990
       Lynn.carter@austintexas.gov
       Michael Siegel
       State Bar No. 24093148
       Michael.siegel@austintexas.gov
       City of Austin-Law Department
       P. O. Box 1546
       Austin, Texas 78767-1546
       Telephone: (512) 974-1342
       Facsimile: (512) 974-1311
       COUNSEL FOR APPELLANT,
       CITY OF AUSTIN

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. PROC. 10.1(5), I certify that counsel for all Parties in the lawsuit made the basis of this appeal are in agreement, and that I conferred with Mark Crampton on November 21, 2016, who is unopposed to this motion.

/s/ Lynn E. Carter
Lynn E. Carter
Assistant City Attorney
Counsel for Defendant – Appellant

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on counsel of record electronically, in accordance with the Court's rules on electronic filing, on November 21, 2016, as listed below:

**Via E-Service to:**
Mark W. Crampton
Crampton Law Office
3355 Bee Caves Road, Suite 301-B
Austin, Texas 78746
mark@cloatx.com (and any other electronic service addresses on file)
**COUNSEL FOR DONALD BAKER, APPELLEE/PLAINTIFF**